UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA WOODS,

    Petitioner,

v.

ANTHONY STEWART, *Warden*,

    Respondent.

Case No. 2:15-cv-12221
Honorable Laurie J. Michelson

## ORDER DISMISSING WITHOUT PREJUDICE PETITION FOR HABEAS CORPUS

Lisa Woods filed this petition for habeas corpus claiming that when she pled *nolo contendre* in 2012 to an assault charge, she did not do so voluntarily and her counsel was ineffective.

In a prior opinion addressing the Warden's motion to dismiss, the Court ordered Woods to address three issues with her petition. (R. 9, PID 310–12); *Woods v. Stewart*, No. 2:15-CV-12221, 2016 WL 5870048, at *3–4 (E.D. Mich. Oct. 7, 2016). The Court then stated:

> Given these substantial doubts over whether Woods wants to and may obtain habeas corpus relief from this Court, the Court hereby ORDERS Woods to show cause on or before November 2, 2016 as to why her habeas corpus petition should not be dismissed. If Woods fails to file by November 2, 2016, or fails to adequately address the three issues raised above, the Court will dismiss Woods' petition.

(R. 9, PID 312); *id.* at *4.

Today is November 7, 2016 and the docket reflects that Woods has not filed a response. Accordingly, pursuant to this Court's prior opinion and order, Woods' petition for a writ of

habeas corpus is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

|  |  |
|---|---|
| Dated: November 7, 2016 | s/Laurie J. Michelson<br>LAURIE J. MICHELSON<br>U.S. DISTRICT JUDGE |

### CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2016.

                                                  s/Keisha Jackson
                                                  Case Manager